**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| NICHOLAS FINLEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALTRUA MINISTRIES d/b/a ALTRUA HEALTHSHARE<br><br>    Defendant.<br>_____<br><br>ALTRUA MINISTRIES d/b/a ALTRUA HEALTHSHARE,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>CROWN ADMINISTRATORS, INC. d/b/a Health Admins,<br><br>    Third-Party Defendant. | Case No. 1:25-cv-03653<br><br>Hon. Jeffrey I Cummings, Judge<br><br>Hon. Daniel P. McLaughlin, Magistrate Judge |

**ALTRUA'S UNOPPOSED MOTION
TO RESET THE JUNE 18, 2025 JOINT STATUS REPORT DEADLINE**

Defendant/Third-Party Plaintiff Altrua Ministries dba Altrua HealthShare ("Altrua"), by and through its attorneys, respectfully requests that this Court reset and continue the June 18, 2025 joint status report deadline by sixty (60) days to a new date on or about August 18, 2025. In support of this Unopposed Motion, Altrua states as follows:

    1.    Plaintiff Nicholas Finley filed his Complaint in this matter on April 4, 2025. ECF No. 1.

    2.    On April 23, 2025, the Court extended Altrua's responsive pleading deadline to June 12, 2025, and reset the joint the status report deadline to June 18, 2025. ECF No. 8.

1

3. On June 12, 2025, Altrua timely filed its Answer to Plaintiff's Complaint and a Third-Party Complaint against Crown Administrators, Inc. d/b/a Health Admins. ECF No. 11.

4. The joint status report will necessarily require participation and input from Third-Party Defendant, as the report will set forth the various discovery deadlines and other obligations that Third-Party Defendant will have in this litigation.

5. The requested extension to the joint report deadline is needed in order for Third-Party Defendant to receive service of the Third-Party Complaint and file its responsive pleading.

6. Good cause therefore exists to reset and continue the June 18, 2025 joint status report deadline by sixty (60) days to a date on or about August 18, 2025.

7. This Unopposed Motion is made in good faith, is not interposed for the purpose of delay, and no Party will be prejudiced by granting of the same.

8. Counsel for Plaintiff has informed the undersigned counsel that Plaintiff has no objection to the relief sought in this Unopposed Motion.

**WHEREFORE**, Defendant/Third-Party Plaintiff Altrua Ministries dba Altrua HealthShare respectfully requests the Court enter an order granting its Unopposed Motion and resetting and continuing the June 18, 2025 joint status report deadline by sixty (60) days to a date on or about August 18, 2025.

Dated: June 17, 2025

BARNES & THORNBURG LLP

By: /s/ Michael S. Bergerson

**BARNES & THORNBURG LLP**
Michael S. Bergerson Jr. (IL No. 6302397)
Sarah Brown (IN No. 35715-53)
Mariana Renke (IL No. 6349997)
One North Wacker Drive, Ste. 4400
Chicago, IL 60606-2833
Telephone No.: (312) 357-1313
mbergerson@btlaw.com

sarah.brown@btlaw.com
mariana.renke@btlaw.com

*Attorneys for Defendant Altrua Ministries dba Altrua HealthShare*