413648
Law Firm Ref#: 90724-2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

NICHOLAS FINLEY, individually and on behalf of all others similarly situated,

    Plaintiff(s)

vs.

ALTRUA MINISTRIES DBA ALTRUA HEALTHSHARE

    Defendant(s)

Case No.: 1:25-cv-03653

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, __Chris Dathe, PSC-6008__, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons on a Third-Party Complaint; Defendant's Answer, Defenses, and Third-Party Complaint; Complaint - Class Action to Crown Administrators, Inc. d/b/a Health Admins, located at 7171 Southeast Parkway, Building 300, Suite 350n, Austin, TX 78735** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Crown Administrators, Inc. d/b/a Health Admins personally on the ___ day of _____, 20___ at _____ M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: __Angel Morales__, Title: __Authorized Service Agent__, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the __23rd__ day of __June__, 20__25__ at __2:34__ P. M.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Crown Administrators, Inc. d/b/a Health Admins's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ___ day of _____, 20___ at _____ M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ___ day of _____, 20___.

☐ **NON-SERVICE:** for the following reasons with the **DATE and TIME** of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

__/__/____ @ ____:____ : _____
__/__/____ @ ____:____ : _____
__/__/____ @ ____:____ : _____

A description of person with whom the documents were left is as follows:
Sex: __Male__ Race: __Hispanic__ Approx. Age: __35__ Height: __6'2"__ Weight: __200__ Hair: __Black__

    Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on this __23rd__ day of __June__, 20 __25__

_(signature)_
Notary Public


CECILIA DATHE
ID #129576844
My Commission Expires
September 29, 2025

_(Server Signature)_

__Chris Dathe, PSC-6008__
(Print Name)

__6/23/2025__
(Date)

SAAFF/413648