**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Nicholas Finley
                            Plaintiff,

v.                                         Case No.: 1:25−cv−03653
                                                     Honorable Jeffrey I Cummings

Altrua Ministries dba Altrua HealthShare
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Third−party plaintiff's unopposed motion for extension of time to file joint status report [14] is granted to allow input from the newly added third−party defendant which has not yet been served. The 6/18/25 status report deadline is stricken and the parties' initial joint status report shall be filed by 8/18/25. The 6/20/25 tracking status hearing is stricken and re−set to 8/29/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.