IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

NICHOLAS FINLEY, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.                                                     Case No. 1:25-cv-03653

ALTRUA MINISTRIES d/b/a ALTRUA
HEALTHSHARE                          Hon. Jeffery I. Cummings

    Defendant / Third-Party Plaintiff,

v.

CROWN ADMINISTRATORS, INC. d/b/a
HEALTH ADMINS,

    Third-Party Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO ALTRUA MINISTRIES d/b/a ALTRUA HEALTHSHARE'S THIRD-PARTY COMPLAINT**

Third-Party Defendant Crown Administrators, Inc. moves without opposition for an extension of time to respond to Third-Party Plaintiff Altrua Ministries d/b/a Altrua Healthshare's Third-Party Complaint. In support of this motion, Crown Administrators states as follows:

    1.    On June 12, 2025, Altrua filed a Third-Party Complaint.

    2.    On June 23, 2025, Crown Administrators was served with the Third-Party Complaint.

    3.    Crown Administrators' response to the Third-Party Complaint is due by July 14, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i); Fed. R. Civ. P. 14(a)(2)(A).

4. Crown Administrators respectfully requests a brief extension of twenty-eight (28) days, through and including August 11, 2025, to analyze the claims, gather facts, and prepare a response to the Third-Party Complaint.

5. Counsel for Altrua has agreed to the extension sought by this motion, which is not made for purposes of delay and will not result in any prejudice to any party. This is Crown Administrators' first request for an extension of time to file a response to the Third-Party Complaint.

6. The extension requested would not affect other deadlines as the Court has not entered a scheduling order in this case.

WHEREFORE, Crown Administrators respectfully requests that the Court enter an Order allowing them through and including August 11, 2025, to respond to the Third-Party Complaint, and awarding such additional relief as this court deems just and appropriate.

Dated: July 14, 2025

Respectfully submitted,

**Crown Administrators, Inc.**

*/s/ Simon Fleischmann*
Simon Fleischmann (ARDC 6274929)
Erin E. Edwards (ARDC 6308945)
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
Telephone No.: 312-443-0700
Email: simon.fleischmann@troutman.com
erin.edwards@troutman.com

*Counsel for Third-Party Defendant Crown Administrators, Inc.*

**CERTIFICATE OF SERVICE**

    I certify that on July 14, 2025, I electronically filed the foregoing Unopposed Motion for Extension of Time to Respond to Altrua Ministries d/b/a Altrua Healthshare's Third-Party Complaint with the Clerk of the Court using the ECF system, which will send notice to all counsel of record.

                                                      */s/ Simon Fleischmann*
                                                      Simon Fleischmann