**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Nicholas Finley v Altrua Ministries v Crown Administrators

Case Number: 1:25-cv-03653

An appearance is hereby filed by the undersigned as attorney for:

Defendant Crown Administrators, Inc.

Attorney name (type or print): Erin E. Edwards

Firm: Troutman Pepper Locke LLP

Street address: 111 South Wacker Drive

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6308945
(See item 3 in instructions)

Telephone Number: 312-759-1665

Email Address: erin.edwards@troutman.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 18, 2025

Attorney signature: S/ Erin E. Edwards
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015