# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nicholas Finley

                                        Plaintiff,

v.                                                                    Case No.: 1:25−cv−03653

                                                                   Honorable Jeffrey I Cummings

Altrua Ministries dba Altrua HealthShare

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2025:

       MINUTE entry before the Honorable Jeffrey I Cummings: Third−party defendant's unopposed motion for extension of time to respond to the third−party complaint [17] is granted. Plaintiff shall respond by 8/11/25. The 8/18/25 joint status report deadline stands. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.