IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

NICHOLAS FINLEY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ALTRUA MINISTRIES d/b/a ALTRUA HEALTHSHARE

    Defendant / Third-Party Plaintiff,

v.

CROWN ADMINISTRATORS, INC. d/b/a HEALTH ADMINS,

    Third-Party Defendant.

Case No. 1:25-cv-03653

Hon. Jeffery I. Cummings

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO ALTRUA MINISTRIES d/b/a ALTRUA HEALTHSHARE'S THIRD-PARTY COMPLAINT

Third-Party Defendant Crown Administrators, Inc. d/b/a Health Admins moves without opposition for an extension of time to respond to Third-Party Plaintiff Altrua Ministries d/b/a Altrua Healthshare's Third-Party Complaint. In support of this motion, Crown Administrators states as follows:

1. On June 12, 2025, Altrua filed a Third-Party Complaint.

2. On July 18, 2025, the Court granted Crown Administrators' unopposed motion for extension of time to respond to the Third-Party Complaint through August 11, 2025. *See* Dkt. No. 19.

3. Crown Administrators respectfully requests a brief extension of fourteen (14) days, through and including August 25, 2025, to continue its analysis and investigation of the facts and

318179933v1

allegations in the Third-Party Complaint, and to continue discussions with Altrua regarding the arbitration obligations under the parties' contract.

4. Counsel for Altrua has agreed to the extension sought by this motion, which is not made for purposes of delay and will not result in any prejudice to any party.

WHEREFORE, Crown Administrators respectfully requests that the Court enter an Order allowing them through and including August 25, 2025, to respond to the Third-Party Complaint, and awarding such additional relief as this court deems just and appropriate.

Dated: August 8, 2025

Respectfully submitted,

**Crown Administrators, Inc.**

*/s/ Erin E. Edwards*
Simon Fleischmann
Erin E. Edwards
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
Telephone No.: 312.443.0700
Email: simon.fleischmann@troutman.com
erin.edwards@troutman.com

*Counsel for Third-Party Defendant Crown Administrators, Inc.*

318179933v1

**CERTIFICATE OF SERVICE**

I certify that on August 8, 2025, I electronically filed the foregoing Unopposed Motion for Extension of Time to Respond to Altrua Ministries d/b/a Altrua Healthshare's Third-Party Complaint with the Clerk of the Court using the ECF system, which will send notice to all counsel of record.

/s/ Erin E. Edwards
Erin E. Edwards

318179933v1