## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nicholas Finley

                        Plaintiff,

v.                                         Case No.: 1:25−cv−03653
                                            Honorable Jeffrey I Cummings

Altrua Ministries dba Altrua HealthShare

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Third−party defendant's motion for extension of time to answer or otherwise plead [20] is granted. Third−party defendant shall answer or otherwise plead by 8/25/25. The 8/18/25 joint status report deadline is stricken and re−set to 9/4/25. The 8/29/25 tracking status hearing is stricken and re−set to 9/19/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.