**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

NICHOLAS FINLEY, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.                                  Case No. 1:25-cv-03653

ALTRUA MINISTRIES d/b/a ALTRUA
HEALTHSHARE                      Hon. Jeffery I. Cummings

      Defendant / Third-Party Plaintiff,

v.

CROWN ADMINISTRATORS, INC. d/b/a
HEALTH ADMINS,

      Third-Party Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO ALTRUA
MINISTRIES d/b/a ALTRUA HEALTHSHARE'S THIRD-PARTY COMPLAINT**

Third-Party Defendant Crown Administrators, Inc. d/b/a Health Admins moves without

opposition for an extension of time to respond to Third-Party Plaintiff Altrua Ministries d/b/a

Altrua Healthshare's Third-Party Complaint. In support of this motion, Crown Administrators

states as follows:

1.      Altrua filed its Third-Party Complaint against Crown Administrators on June 12,

2025. Dkt. No. 13.

2.      On July 14, 2025, Crown Administrators filed its first motion for extension of time

to respond to Altrua's Third-Party Complaint through August 11, 2025. Dkt. No. 17.  The Court

granted Crown Administrator's requested extension on July 18, 2021. Dkt. No. 19.

3.      On August 8, 2025, due to ongoing resolution discussions with Altrua, Crown

Administrators filed its second motion for extension of time to respond to the Third-Party

318624283v1

Complaint through August 25, 2025. Dkt. No. 20. The Court granted the motion on August 12, 2025. Dkt. No. 21.

4.      Since receiving the Third-Party Complaint, Crown Administrators has been diligently analyzing the facts, allegations, and records. It has also been engaged in ongoing discussions with Altrua regarding the claims in the Third-Party Complaint, potential resolution, and arbitration agreements. The parties have made significant progress in negotiating the indemnification obligations under the contract and resolving the issues in the Third-Party Complaint.

5.      This is Crown Administrators' third request for an extension of time to respond to the Third-Party Complaint. Crown Administrators respectfully requests a brief extension of twenty-eight (28) days, through and including September 22, 2025, to finalize the resolution discussions and negotiations.

6.      Crown Administrators anticipates that the claims in the Third-Party Complaint may be resolved entirely by the requested extended September 22, 2025 deadline.

7.      Counsel for Altrua has agreed to the extension sought by this motion, which is not made for purposes of delay and will not result in any prejudice to any party.

WHEREFORE, Crown Administrators respectfully requests that the Court enter an Order allowing them through and including September 22, 2025, to respond to the Third-Party Complaint, and awarding such additional relief as this Court deems just and appropriate.

Dated: August 25, 2025                          Respectfully submitted,

                                                **Crown Administrators, Inc.**

                                                */s/ Erin E. Edwards*
                                                Simon Fleischmann
                                                Erin E. Edwards
                                                TROUTMAN PEPPER LOCKE LLP

318624283v1

111 South Wacker Drive, Suite 4100
Chicago, IL 60606
Telephone No.: 312.443.0700
Email: simon.fleischmann@troutman.com
erin.edwards@troutman.com

*Counsel for Third-Party Defendant Crown Administrators, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2025, I electronically filed the foregoing Unopposed Motion for Extension of Time to Respond to Altrua Ministries d/b/a Altrua Healthshare's Third-Party Complaint with the Clerk of the Court using the ECF system, which will send notice to all counsel of record.

*/s/ Erin E. Edwards*
Erin E. Edwards