**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Nicholas Finley
                                Plaintiff,

v.                                                    Case No.: 1:25−cv−03653
                                                    Honorable Jeffrey I Cummings

Altrua Ministries dba Altrua HealthShare
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Third−party defendant's motion for extension of time to answer or otherwise plead [22] is granted. Third−party defendant shall answer or otherwise plead by 9/22/25. The 9/4/25 joint status report deadline is stricken and re−set to 10/3/25. The 9/19/25 tracking status hearing is stricken and re−set to 10/17/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.