IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NICHOLAS FINLEY, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-03653 |
| ALTRUA MINISTRIES d/b/a ALTRUA HEALTHSHARE | Hon. Jeffery I. Cummings |
| Defendant / Third-Party Plaintiff, | |
| v. | |
| CROWN ADMINISTRATORS, INC. d/b/a HEALTH ADMINS, | |
| Third-Party Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO ALTRUA MINISTRIES d/b/a ALTRUA HEALTHSHARE'S THIRD-PARTY COMPLAINT**

Third-Party Defendant Crown Administrators, Inc. d/b/a Health Admins moves without opposition for an extension of time to respond to Third-Party Plaintiff Altrua Ministries d/b/a Altrua Healthshare's Third-Party Complaint. In support of this motion, Crown Administrators states as follows:

1. Altrua filed its Third-Party Complaint against Crown Administrators on June 12, 2025. Dkt. No. 11.

2. On July 14, 2025, Crown Administrators filed its first motion for extension of time to respond to Altrua's Third-Party Complaint through August 11, 2025. Dkt. No. 17. The Court granted the motion on July 18, 2021. Dkt. No. 19.

3. On August 8, 2025, due to ongoing resolution discussions with Altrua, Crown Administrators filed its second motion for extension of time to respond to the Third-Party

320221786v1

Complaint through August 25, 2025. Dkt. No. 20. The Court granted the motion on August 12, 2025. Dkt. No. 21.

4. On August 25, 2025, due to ongoing discussions with Altrua regarding the parties' arbitration and indemnification obligations under the contract, Crown Administrators filed its third motion for extension of time to respond to the Third-Party Complaint through September 22, 2025. Dkt. No. 22. The Court granted the motion on August 27, 2025. Dkt. No. 23.

5. Crown Administrators and Altrua have since reached an agreement to resolve the Third-Party Complaint, and they are currently finalizing the terms of their agreement as to how this matter will be defended going forward.

6. This is Crown Administrators' fourth request for an extension of time to respond to the Third-Party Complaint. Crown Administrators respectfully requests a brief extension of fourteen (14) days, through and including, October 6, 2025, to finalize the resolution discussions and negotiations related to the parties' indemnification agreement.

7. Crown Administrators anticipates that the Third-Party Complaint will be resolved before the requested extended October 6, 2025 deadline.

8. Counsel for Altrua has agreed to the extension sought by this motion, which is not made for purposes of delay and will not result in any prejudice to any party.

WHEREFORE, Crown Administrators respectfully requests that the Court enter an Order allowing them through and including October 6, 2025, to respond to the Third-Party Complaint, and awarding such additional relief as this Court deems just and appropriate.

| | |
|---|---|
| Dated: September 22, 2025. | Respectfully submitted,<br><br>**Crown Administrators, Inc.**<br><br>*/s/ Erin E. Edwards*<br>Simon Fleischmann<br>Erin E. Edwards<br>TROUTMAN PEPPER LOCKE LLP<br>111 South Wacker Drive, Suite 4100<br>Chicago, IL 60606<br>Telephone No.: 312.443.0700<br>Email: simon.fleischmann@troutman.com<br>erin.edwards@troutman.com<br><br>*Counsel for Third-Party Defendant Crown Administrators, Inc.* |

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2025, I electronically filed the foregoing Unopposed Motion for Extension of Time to Respond to Altrua Ministries d/b/a Altrua Healthshare's Third-Party Complaint with the Clerk of the Court using the ECF system, which will send notice to all counsel of record.

                                            */s/ Erin E. Edwards*
                                            Erin E. Edwards