**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Nicholas Finley

                                  Plaintiff,

v.                                                                         Case No.: 1:25−cv−03653
                                                                        Honorable Jeffrey I Cummings

Altrua Ministries dba Altrua HealthShare

                                  Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, September 24, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Third−party defendant's motion for extension of time to answer or otherwise plead [24] is granted. If this matter is not resolved as to the third−party defendant Crown Administrators, third−party defendant shall answer or otherwise plead by 10/6/25. The 10/3/25 joint status report deadline stands. Mailed notice (cc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.