UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Nicholas Finley

                                  Plaintiff,

v.                                                                        Case No.: 1:25−cv−03653
                                                                       Honorable Jeffrey I Cummings

Altrua Ministries dba Altrua HealthShare

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 10, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' initial joint status report [26] and adopts the parties' proposed schedule as follows. Parties shall exchange Rule 26(a)(1) disclosures by 10/24/25 and shall issue initial written discovery requests by no later than 11/14/25. All fact discovery shall be completed by 4/24/26. Plaintiff's expert disclosures are due 5/25/26 and defendant's expert reports are due 6/25/26. Rebuttal reports are due 7/10/26 and all expert discovery shall be completed by 7/31/26. Motions for leave to amend pleadings shall be filed, as appropriate, no later than 3/27/26. Any motions to modify this schedule must be supported by good cause and the party seeking a modification is instructed to meet and confer to attempt to reach agreement prior to filing a motion for a modification. Plaintiff shall issue a settlement demand by 11/7/25 and defendant shall respond by 12/5/25. Defendant/third−party plaintiff and third−party defendant are encouraged to continue their ongoing settlement negotiations. The parties are advised that if at any time they are mutually interested in participating in a settlement conference with the Court, they shall contact this Court's courtroom deputy for a referral to the assigned Magistrate Judge. By 11/21/25, the parties shall file a joint status report setting forth what discovery has been completed, what discovery remains, whether any discovery disputes require the Court's attention, and the status of their settlement negotiations. The 10/17/25 tracking status hearing is stricken and re−set to 12/12/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.