IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS FINLEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALTRUA MINISTRIES d/b/a ALTRUA HEALTHSHARE<br><br>    Defendant.<br><br>ALTRUA MINISTRIES d/b/a ALTRUA HEALTHSHARE,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>CROWN ADMINISTRATORS, INC. d/b/a Health Admins,<br><br>    Third-Party Defendant. | Case No. 1:25-cv-03653 |

**STIPULATION OF VOLUNTARY DISMISSAL OF THIRD-PARTY CLAIMS**

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Defendant/Third-Party Plaintiff Altrua Ministries d/b/a Altrua Healthshare ("Altrua") and Third-Party Defendant Crown Administrators, Inc. d/b/a Health Admins ("Crown"), by and through their undersigned counsel, hereby stipulate to dismiss the third-party claims asserted by Defendant/Third-Party Plaintiff Altrua against Third-Party Defendant Crown from the above-captioned matter.

Dated: November 7, 2025

By: */s/ Michael S. Bergerson Jr.*      By: */s/ Simon A. Fleischmann* (by permission)

| **BARNES & THORNBURG LLP** | **TROUTMAN PEPPER LOCKE LLP** |
|---|---|
| Michael S. Bergerson Jr. (IL No. 6302397) | Simon A. Fleischmann |
| Sarah E. Brown (IN No. 35715-53) | Erin E. Edwards |
| Mariana Renke (IL No. 6349997) | Jessica T. Majkowski |
| Barnes & Thornburg LLP | Troutman Pepper Locke LLP |
| One North Wacker Drive, Ste. 4400 | 111 South Wacker Drive, Ste. 4100 |
| Chicago, IL 60606-2833 | Chicago, IL 60606 |
| Telephone: (312) 357-1313 | Telephone: (312) 443-0462 |
| mbergerson@btlaw.com | simon.fleischmann@troutman.com |
| sarah.brown@btlaw.com | erin.edwards@troutman.com |
| mariana.renke@btlaw.com | jessica.majkowski@troutman.com |

*Attorneys for Defendant/Third-Party Plaintiff Altrua Ministries d/b/a Altrua Healthshare*

*Attorneys for Third-Party Defendant Crown Administrators, Inc. d/b/a Health Admins*