IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NICHOLAS FINLEY, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-03653 |
| ALTRUA MINISTRIES DBA ALTRUA HEALTHSHARE | Hon. Jeffery I. Cummings |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order (DE 28), Plaintiff Nicholas Finley (hereinafter referred to as "Plaintiff"), individually and on behalf of all others similarly situated, and Defendant Altrua Ministries d/b/a Altrua HealthShare ("Altrua") (together, the "Parties") submit the attached report:

**Status of Discovery:** The Parties have partially completed written discovery; however, the Parties have agreed to pause discovery efforts to focus on settlement negotiations. Should discovery resume, there will be necessary fact discovery remaining for both Parties, including written discovery and depositions. If further discovery is necessary, the Parties anticipate discovery will be completed according to the Court's current Scheduling Order. *See* DE 28. There are no discovery disputes which require the Court's attention at this time.

**Status of Settlement Negotiations:** Altrua has reached a resolution of its third-party claims against Crown Administrators, Inc. d/b/a Health Admins, *see* DE 29 (Stipulation of Dismissal of Third-Party Claims), and the Parties are currently engaged in settlement discussions regarding Plaintiff's claims. The Parties have agreed to mediate this case with Judge Sidney I. Schenkier and are currently arranging dates for the mediation.

2

| | |
|---|---|
| Dated: November 26, 2025 | Respectfully submitted, |

| | |
|---|---|
| By: */s/ Anthony Paronich*<br>Anthony I. Paronich<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(617) 485-0018<br>anthony@paronichlaw.com<br><br>*Attorney for Plaintiff* | By: */s/ Michael S. Bergerson*<br>Michael S. Bergerson (IL No. 6302397)<br>Sarah Brown (IN No. 35715-53)<br>Mariana Renke (IL No. 6349997)<br>Barnes & Thornburg LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606-2833<br>Tel.: (312) 357-1313<br>mbergerson@btlaw.com<br>sarah.brown@btlaw.com<br>mariana.renke@btlaw.com<br><br>*Attorneys for Defendant / Third-Party Plaintiff Altrua Ministries dba Altrua HealthShare* |