UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Nicholas Finley
                                         Plaintiff,

v.                                                                     Case No.: 1:25−cv−03653
                                                                    Honorable Jeffrey I Cummings

Altrua Ministries dba Altrua HealthShare
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 10, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The parties have filed a joint stipulation of dismissal [29] as to Altrua Ministries' third party claims against Crown Administrators, Inc. only, which is self−effectuating under Rule 41(a)(1)(A)(ii). The Court has reviewed the remaining parties' joint status report [30], which indicates that the parties have agreed to participate in a private mediation and are conferring regarding dates. By agreement of the parties, discovery is stayed to allow the parties to focus on settlement. The parties shall file a joint status report on mediation by 1/30/26. The 12/12/25 tracking status hearing is stricken and reset to 2/20/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.