**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| NICHOLAS FINLEY, individually and on behalf of all others similarly situated, | : : | CIVIL ACTION FILE NO. 25-cv-3653 |
| Plaintiff, | : : : | |
| v. | : : | |
| ALTRUA MINISTRIES DBA ALTRUA HEALTHSHARE | : : : | |
| Defendants. | : : | |

/

**STATUS REPORT**

Plaintiff Nicholas Finley (hereinafter referred to as "Plaintiff"), individually and on behalf of all others similarly situated, along with the defendant Altrua Ministries dba Altrua HealthShare ("Altrua") submit this report in connection with the Court's December 10, 2025 Order to report that the parties have tentatively reached a settlement and anticipate filing dismissal paperwork within the next 60 days.

Plaintiff,
By Counsel,

By: */s/ Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

By: */s/ Michael S. Bergerson*

**BARNES & THORNBURG LLP**
Michael S. Bergerson Jr. (IL No. 6302397)
Sarah Brown (IN No. 35715-53)
Mariana Renke (IL No. 6349997)
One North Wacker Drive, Ste. 4400

MBF\218051\0014\40500505.v4-4/25/25

Chicago, IL 60606-2833
Telephone No.: (312) 357-1313
mbergerson@btlaw.com
sarah.brown@btlaw.com
mariana.renke@btlaw.com
*Attorneys for Defendant Altrua Ministries dba Altrua HealthShare*

Dated: February 16, 2026

MBF\218051\0014\40500505.v4-4/25/25