**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Nicholas Finley
                                  Plaintiff,

v.                                         Case No.: 1:25−cv−03653
                                                      Honorable Jeffrey I Cummings

Altrua Ministries dba Altrua HealthShare
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 18, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [33], which indicates that the parties have reached a tentative settlement agreement and anticipate filing dismissal paperwork within 60 days. Accordingly, all pending deadlines are stayed. If the parties have not filed a joint stipulation to dismiss by 4/24/26, they shall file a joint status report on that date setting forth their efforts to memorialize the settlement agreement. The 2/20/26 tracking status hearing is stricken and reset to 5/8/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.