**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Nicholas Finley

                                        Plaintiff,

v.                                                              Case No.: 1:25−cv−03653
                                                                Honorable Jeffrey I Cummings

Altrua Ministries dba Altrua HealthShare

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 8, 2026:

    MINUTE entry before the Honorable Jeffrey I Cummings: On 2/18/26, the Court directed the parties to file either a stipulation to dismiss or a joint status report on settlement by 4/24/26. To date, the parties have failed to do so. If the parties have not filed a joint stipulation to dismiss by 5/29/26, they shall file a joint status report on that date setting forth their efforts to memorialize the settlement agreement. The 5/8/26 tracking status hearing is stricken and reset to 6/22/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.