**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

NICHOLAS FINLEY, individually and on  :
behalf of all others similarly situated,  :  CIVIL ACTION FILE NO. 25-cv-3653
                                  :
     Plaintiff,  :
                                   :
v.  :
                                   :
ALTRUA MINISTRIES DBA ALTRUA  :
HEALTHSHARE  :
                                   :
     Defendant.  :
                                 /

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P.

41(a)(1) with each party to bear its own costs and fees.


RESPECTFULLY SUBMITTED AND DATED this May 29, 2026.

Plaintiff,
By Counsel,

By: */s/ Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

Defendant,
By Counsel,

*/s/ Michael S. Bergerson*
Michael S. Bergerson Jr. (IL No. 6302397)
Sarah Brown (IN No. 35715-53)
Mariana Renke (IL No. 6349997)
Barnes & Thornburg LLP

1

One North Wacker Drive, Ste. 4400
Chicago, IL 60606-2833
Telephone No.: (312) 357-1313
mbergerson@btlaw.com
sarah.brown@btlaw.com
mariana.renke@btlaw.com